UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Thomas Edward Harris
DCDC NO. 186-147
1901 D ST S.E
Washington, DC 20003

vs

Honorable Mayor/Anthony William
DC City Administrator/Robert Bobb
DC Dept of Corr. Director/S. Elwood York
DC Jail Acting Warden/Larry Corbett

**FILED**
JUL 21 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Civil Action No _____

CASE NUMBER  1:05CV01443
JUDGE: James Robertson
DECK TYPE: Pro se General Civil
DATE STAMP: 07/21/2005

## Complaint For Violation of Civil Rights

Clerk of the Court, Nancy Mayer Whittington this package contains all my orginals (copies) of my civil rights complaint. I'm incarcerated, an also not allowed to work since my imprisonment (8) months. (See Certified copy of my Prisoners Trust Account Form) and Attachments letters.

1

Thereafter, you are required to make monthly payments of 20% of the preceding month's income. The agency having custody over you must forward payments from your account to the clerk of the court each time the amount in the account exceeds $10.00 until the filing fees are paid.

Therefore, before an assessment can be made regarding your ability to pay, you <u>must</u> submit a certified copy of your prison account for the prior six-month period.

When this form is completed, mail it and the copies to the Clerk of United States District Court for the District of Columbia, 333 Constitution Ave., NW, Washington, D.C. 20001.

I. SUCCESSIVE CLAIMS

Pursuant to the Prison Litigation Reform Act of 1995, unless a prisoner claims to be in "imminent danger of serious physical injury," he or she may not file a civil action or pursue a civil appeal *in forma pauperis* "if the prisoner has, on three or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or they failed to state a claim upon which relief could be granted."

II. PREVIOUS LAWSUITS

A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?   Yes (✓)   No ( )

B. Have you begun other lawsuits in state or federal court relating to your imprisonment? Yes (✓)   No ( )

C. If your answer to A or B is Yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit.

   Plaintiffs: _____

   Defendants: _____

   _____

2. Court (if federal court, name the district; if state court, name the county).

   _____

3. Docket number  N/A

4. Name of judge to whom case was assigned:  N/A

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit: _____

7. Approximate date of disposition: _____

## III. PLACE OF CONFINEMENT

D.C. Jail, 1901 D. St. S.E.
Washington, D.C. 20003

A. Is there a prisoner grievance procedure in this institution?   Yes (✓)   No ( )
If your answer is Yes, go to Question III B. If your answer is No, skip Question III B, C and D and go to Question III E.

B. Did you present the facts relating to your complaint in the prisoner grievance procedure?
Yes (✓)   No ( )

C. If your answer is Yes to Question III B;

1. To whom and when did you complain? Steve Smith, Warden D.C. Jail; Pat Britton, Deputy Dir D.C.D.C.; and Odie Washington, Dir Dept of Corr.

2. Did you complain in writing? (Furnish copy of the complaint you made, if you have one.)   Yes (✓)   No ( )

3. What, if any, response did you receive? (Furnish copy of response, if in writing.)   None

4. What happened as a result of your complaint?   Practices continue with new grievances not being answered

D. If your answer is No to Question III B, explain why not. _____

E. If there is no prison grievance procedure in the institution, did you complain to prison authorities?   Yes (✓)   No ( )

F. If your answer is Yes to Question III E;

1. To whom and when did you complain?     N/A

2. Did you complain in writing? (Furnish copy of the complaint you made, if you have one.)   N/A

3. What, if any, response did you receive? (Furnish copy of response if in writing)
NONE OR SEE WASH. POST ARTICLE NEWSPAPER Clippings

4. What happened as a result of your complaint?     N/A

IV. **PARTIES**

In item A below, place your name and prison number in the first blank and your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of Plaintiff: MR. THOMAS EDWARD HARRIS (186-147)
   Address: 1901 D. St. S.E.; Washington, D.C. 20003

In item B below, place the full name of the defendant(s) in the first blank, their official position in the second blank, their place of employment in the third blank and their address in the fourth blank. Do the same for additional defendants, if any.

B. Defendant: Anthony Williams, Mayor   is employed as for District of Columbia at
   Address: 1350 Penn. Ave. N.W. Washington, D.C. 20001

   Defendant: Robert C. Bogg,   is employed as City Administrator   at District of Columbia
   Address: 1350 Penn. Ave NW, Washington, D.C. 20001

   Defendant: S. ELWOOD YORK   is employed as Dir. Dept. of Corrections at District of Columbia
   Address: 1923 Vermont Ave. N.W. Washington, DC. 20009

   Defendant: LARRY CORBETT   is employed as Warden,   at D.C. Detention Center
   Address: 1901 D St SE. Washington, 20003

## V. STATEMENT OF CLAIM

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include the names of other persons involved, dates and places. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra sheets if necessary. Defendants Anthony Williams, Mayor; Robert C. Boggs, City Administrator; Elwood York Jr., Dir. Dept of Corrections; Larry Corbett, Warden-D.C. Detention Center; by "Respondeat Superior" are Responsible for the Acts of their Agents for the District of Columbia Against a plaintiff which is a prisoner housed at DC Jail since 11-08-04. The multiple related claims and facts are as follows: (See Attached Sheet behind this Page)

## VI. RELIEF

State briefly exactly what you want the Court to do for you. To Order an Injuctive Relief Stopping Acts that Abridge, Hinder, or Violate Constitutional Rights, and to follow the proceedures Stated in D.C. Manicipal Regulations, Lorton Regulatory Approval Act. Remove Plaintiff from life Threatening Housing. Protect Plaintiff from Reprisals for seeking his Rights. Also Punitive Damages so the same is not Repeated. $75,000.00 for Blithely Ignores legal obligations

Signed this 18th day of June, 2005

Thomas Edward Harris
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct

6/18/05
(Date)

Thomas E. Harris
(Signature of Plaintiff)

Addendum

Claims

1. No due process in grievance Proceedures that is Responsible for cruel and unjust Punishment.

2. Prejudice and discrimination in Religious Pastorial Services for Sunni Muslims.

3. Hinderance of Assembly for Sunni Muslim Religious Services Against written directions of wardens office.

The above violations under title 42 U.S.C. 1983 are claims in which Relief can be granted whereby Amendments 1, 5, and 8 are being abridged under the color of the Law.