A14    TUESDAY, APRIL 26, 2005    R

# The Washington Post

## AN INDEPENDENT NEWSPAPER

# The City as Lawbreaker

THE D.C. GOVERNMENT is hard-pressed to demand that citizens obey the law when it blithely ignores its own legal obligations. That is the case with respect to the Williams administration and the Department of Corrections: Both have failed to heed a 14-month-old law requiring them to take action against serious deficiencies in the D.C. jail. "There is not a good excuse for taking 14 months to do it," Edward D. Reiskin, deputy mayor for public safety and justice, admitted to The Post's Serge F. Kovaleski. "I'm not going to defend it." Indeed, there is no defense for defiance of the law. Of equal concern, however, are the consequences of official disobedience for the men and women incarcerated at the D.C. jail.

Corrections officials have consistently allowed the jail's monthly population to exceed the legally binding cap the D.C. Council and the Williams administration negotiated out of concern that overcrowding was inducing violence. Instead of reducing overcrowding, as the law intended, the city has made possible a return to the crowded conditions that were in place when three stabbings occurred over a four-day stretch in December 2002; that violence left two inmates dead and one more wounded.

Nor is the number of inmates the only area of official noncompliance. The Corrections Department is required to submit quarterly reports to the council on jail environmental problems and inmate grievances. Last year's submissions? Zero. By the end of last summer, the mayor was supposed to have sent the council a plan for the jail's national accreditation. It never happened. The D.C. Department of Health is required to conduct environmental inspections of the jail at least three times a year. Since Jan. 30, 2004, the inspection has occurred once. Kathy Patterson (D-Ward 3), who chaired the Judiciary Committee when the law was passed, told The Post: "[T]he Williams administration disagrees with the policy that is now the law. In effect, they have said that they know better than the law."

Whether the Williams administration is enamored of the law or hates it is secondary to the requirement to obey. The executive is not a law unto itself. Conditions and operations at the D.C. jail must be improved, but not because that would be a nice thing to do. The law and human decency require no less. If it takes sanctions against the administration to get that point across, the council should not hesitate to resort to such measures.

FILED

JUL 21 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

05 1443

# D.C. Jail Conditions Unchanged Despite Law

## Williams Administration Criticized on Compliance

By Serge F. Kovaleski
*Washington Post Staff Writer*

Mayor Anthony A. Williams and the Department of Corrections have failed to comply with a 14-month-old law negotiated with the D.C. Council to improve conditions and operations at the District's main jail after the stabbing deaths of two detainees and other inmate violence.

Most notably, Williams (D) has not established a jail population cap to ease crowding. The law requires him to adopt a cap based on the number provided by an outside consultant. The consultant recommended a ceiling of 2,164 a year ago, but since then, the jail's average monthly population has exceeded that figure by about 100 and one month reached 2,379, records show.

The Corrections Department also failed to submit required quarterly reports to the council on such matters as jail environmental problems and inmate grievances. The agency submitted such reports for the first quarter of 2005 but none last year.

The department has not provided Williams with a plan for achieving national accreditation for the jail, although according to the law, the mayor was supposed to forward such a plan to the council by the end of last summer. And while the statute requires the D.C. Department of Health to conduct environmental inspections of the jail at least three times a year, only one has taken place since the law went into effect Jan. 30, 2004.

Corrections watchdogs and council members said that the Williams administration's lack of compliance is irresponsible and that letters of complaint they sent to the mayor have gone unanswered.

"The response to the law, which was passed with a sense of urgency, has been

See JAIL, C6, Col. 1

Sunday, April 24, 2005

METRO

# Despite Law, Jail Conditions Unchanged

## THE DISTRICT

physical," said Philip Fornaci, executive director of the D.C. Prisoners' Legal Services Project. "The main thrust of the bill was to reduce overcrowding at the jail, but the mayor has refused to comply."

The deputy mayor for public safety and justice, Edward D. Reiskin, acknowledged that the executive branch has been remiss in meeting the requirements of the statute.

"We have been a little bit delinquent following up on this law," said Reiskin, who has been deputy mayor since January. "The law is clear, that we need to use the [consultant's] number.

There is not a good excuse for taking 14 months to do it, I'm not going to defend it."

But Reiskin said the jail cap is difficult to address because the courts ultimately control the flow of inmates. About two-thirds of the people held at the facility are pretrial defendants.

Furthermore, he said, the jail has to accommodate inmates awaiting transfer to federal prisons. Reiskin said the District has been working with the Federal Bureau of Prisons to reduce the time between defendants' sentencing and their transfer. The jail receives payments of about $83 a day for each of those inmates.

Reiskin said that if the administration is unable to bring the jail's population into compliance with the law by the end of this year, the District will explore such options as better use of halfway houses, opening new cells and reopening old ones.

The jail was subject to a court-ordered population cap of 1,674 inmates until June 2002, when a federal judge lifted the 17-year-old limit. In December 2002, after the jail population rose significantly, three stabbings left two detainees

dead and another inmate wounded.

After the stabbings, council member Kathy Patterson (D-Ward 3), then chairman of the Judiciary Committee, moved to establish a new population cap out of concern that crowding was responsible for the increase in violence. The council and mayor then negotiated the current law. And the Corrections Department, in consultation with the council, selected Pulitzer/Bogard & Associates to conduct the study.

Soon after the firm released its report, however, Patterson wrote to Williams that the study's principal author, David Bogard, had told her he did not know that the number recommended by his company would become the legal limit on the jail's capacity.

"We did not understand that our operational capacity recommendation would be legally binding," Bogard said in a recent interview. "And, in fact, our report expressly recommended that it not be reviewed as a legal cap," until the D.C. government took certain steps to address the need for additional bed space or justice system modifications that might impact the numbers of people held at the jail.

The study concluded that the jail has a capacity of 2,061 inmates. It recommended an operating capacity of 1,958 to take into account swings in inmate classification that affect the number of available beds.

Corrections Department documents, however, list the jail's capacity as 2,498. That figure appears in daily jail population reports and in a recent announcement advertising the corrections director's job, which Odie Washington vacated in February.

S. Elwood York Jr., who worked for the corrections agency from 1997 to 2004 before serving briefly as a deputy administrator with the Youth Services Administration, is serving as interim director while a national search is

carried out.

Fornaci, the head of the prisoners legal services group, and Douglas R. Sparks, an attorney for the family of one of the inmates killed in December 2002, said they are considering filing a lawsuit against the District if it continues to fail to operate the jail in compliance with the statute.

Patterson said in an interview that there have been some improvements in the jail's physical conditions and in how fast federal inmates are transferred out. But overall, she disagrees with the policy that is now the law.

"I believe the Williams administration said, 'I believe the Williams administration disagrees with the policy that is now the law. In effect, they have said that they know better than the law.'"

Council member Phil Mendelson (D-At Large), who became chairman of the Judiciary Committee in January, has held two hearings this year on the Corrections Department and said he will hold a third before the summer recess if the agency makes no more progress.

Washington, the former director, said the department maintained all the data last year for the quarterly reports, it was supposed to submit and that no providing those documents to the council "was simply an oversight."

As for the accreditation plan for the jail, Washington said it was part of his contract with the administration to implement policies and procedures for achieving the rating and that he had been passing on information to the council.

Robert B. Vowels, an interim senior deputy director at the city's Health Department, said his agency did not conduct the number of required inspections of the jail last year because it has been developing new guidelines for such surveys. Vowels estimated that the next environmental inspection at the jail will take place within 60 days.

# D.C. Corrections Chief Resigns

By Yolanda Woodlee
*Washington Post Staff Writer*

Odie Washington, the embattled director of the D.C. Department of Corrections, said yesterday he has resigned after nearly six years in the job to return to Illinois to be with his family.

Washington said his tenure has been "extremely challenging" but said he is proud of his accomplishments.

Under Washington's leadership, the city closed seven prisons ahead of schedule at the Lorton Correctional Complex in Fairfax County. In addition, Washington helped to eliminate court oversight of the department and began the implementation of a multimillion-dollar renovation of the D.C. jail.

But during his tenure, the jail also experienced a four-day stretch of violence in 2002, during which two pretrial detainees were killed and a third was wounded in a stabbing. Several outbreaks of violence at the jail have been the subject of D.C. Council hearings.

"This is just the right time to go back," said Washington, whose family never moved to the District. "We accomplished most of the goals I set when I came in with the mayor."

D.C. Mayor Anthony A. Williams (D) said S. Elwood York Jr., a deputy administrator with the Youth Service Administration, will become the interim corrections director next week. A national search will be conducted to fill Washington's position.

"Director Washington is an exemplary public servant who has made a lasting impact at the D.C. Department of Corrections," Williams said. "I will miss his calm demeanor and thoughtful contributions."

The mayor praised Washington for managing the closing of the Lorton complex, eliminating 33 years of court oversight and court orders and completing a nearly $30 million renovation project at the jail. Some city officials and prison advocates said, however, that they are excited to have new management at the agency.

D.C. Council member Kathy Patterson (D-Ward 3), a frequent critic of Washington, said he has been slow to reduce the jail population and provide quarterly reports to keep elected officials apprised of conditions at the facility, as required by law.

"I look forward to new leadership and hope that the administration will now comply with the jail improvement act," Patterson said. "We worked very hard with the administration on that law, and it's been disheartening that it's been ignored."

A city-funded study released in June cited a number of violent incidents at the jail and stated that the inmate population there should be reduced.

Douglas R. Sparks, an attorney for the family of one of the inmates killed in December 2002, said Washington is "personally" named as a defendant in a $20 million lawsuit against the city.

"It's probably a good thing for the city," Sparks said of Washington's departure. "Most of the guys that are incarcerated are pretrial detainees and haven't been convicted of anything. They've been forced to live in an inhuman jail, and the director is violating their civil rights."

Washington said the lawsuit had "absolutely" nothing to do with his decision to leave.

"This decision was made more than a year ago," he said. "I simply stayed longer than I anticipated."

FEB 18 2005 - METRO -