ELEANOR HOLMES NORTON
DISTRICT OF COLUMBIA

**SELECT COMMITTEE ON HOMELAND SECURITY**

SUBCOMMITTEES:
EMERGENCY PREPAREDNESS AND RESPONSE
INTELLIGENCE AND COUNTERTERRORISM

**Congress of the United States**
**House of Representatives**
**Washington, D.C. 20515**

**COMMITTEE ON TRANSPORTATION AND INFRASTRUCTURE**

SUBCOMMITTEES:
AVIATION
ECONOMIC DEVELOPMENT, PUBLIC BUILDINGS, AND EMERGENCY MANAGEMENT

**COMMITTEE ON GOVERNMENT REFORM***

SUBCOMMITTEES:
CIVIL SERVICE AND AGENCY REORGANIZATION
CRIMINAL JUSTICE, DRUG POLICY AND HUMAN RESOURCES

*COVERS D.C. ISSUES

April 8, 2005

Mr. T. Edward Harris
DCDC #186-147
1901 D ST SE
Washington, DC 20003-2534

Dear Mr. Harris:

    Thank you for informing me of your concern with Department of Corrections. Unfortunately, this matter does not fall within my federal legislative and administrative jurisdiction. I hope you will never hesitate to contact me whenever you feel I may be of assistance to you in any matter which falls within my federal jurisdiction.

                Sincerely,

                Eleanor Holmes Norton
                Member of Congress

ehn:dm

529 14TH STREET, N.W., SUITE 900
WASHINGTON, D.C. 20045-1928
(202) 783-5065
(202) 783-5211 (FAX)

2136 RAYBURN HOUSE OFFICE BUILDING
WASHINGTON, D.C. 20515-5101
(202) 225-8050
(202) 225-3002 (FAX)
(202) 225-7829 (TDD)
www.house.gov/norton

PRINTED ON RECYCLED PAPER

2041 MARTIN L. KING AVENUE, S.E.
SUITE 300
WASHINGTON, D.C. 20020-5734
(202) 678-8900
(202) 678-8844 (FAX)



COUNCIL OF THE DISTRICT OF COLUMBIA
WASHINGTON, D.C. 20004

KATHY PATTERSON
COUNCILMEMBER, WARD 3

CHAIRPERSON
COMMITTEE ON EDUCATION,
LIBRARIES, AND RECREATION

OFFICE: (202) 724-8062
FAX: (202) 724-8118

May 4, 2005

Bro. T. Edward Harris
DC No 186-147
1901 D Street, SE
Washington, DC 20003

Dear Mr. Harris,

Thank you for writing to me, however, as of January 3, 2005, I am no longer the Chair of the Committee on the Judiciary. I am forwarding your letter to Councilmember Phil Mendelson, who is the new Judiciary Committee Chair. He and his staff will handle your concerns.

Sincerely,

Kathy Patterson

cc: Councilmember Phil Mendelson, Chair, Committee on the Judiciary

GOVERNMENT OF THE DISTRICT OF COLUMBIA
DEPARTMENT OF CORRECTIONS

Office of the Director



February 4, 2005

Thomas Edward Harris
DCDC #186-147
Central Detention Facility
1901 D Street, SE
Washington, DC 20003

Dear Inmate Harris:

Your correspondence dated January 18, 2005 to the Honorable Anthony Williams has been forwarded to the D.C. Department of Corrections for response.

You indicated that you wrote three (3) separate Inmate Grievances. According to Ms. Capers, Inmate Grievance Coordinator at the Central Detention Facility (D.C. Jail) she has no record of receiving any grievances from you. Therefore, I am returning your correspondence; due to inmate grievance procedures were not followed.

Sincerely,

Renee D. Jefferson
Management Assistant

See Council member Phil Mendelson (letter from Kathy Patterson) and a 2nd (Backup Copy) was mailed to Council Member Adrian M. Fenty on 6-19-05

1923 Vermont Avenue, N.W. Washington, D.C. 20001 (202) 673-7316