# INMATE GRIEVANCE
## INSTITUTION ADMINISTRATOR'S REMEDY

District of Columbia
Department of Corrections
IGP Form 1 (Rev. 10/92)

Original Copy: Return to Resident

Type or use ball-point pen.                                     Attach additional sheets, if necessary.

| From: | HARRIS, | THOMAS | EDWARD | 186-147 | 35/S.W.#3 | D.C. JAIL |
|---|---|---|---|---|---|---|
| | LAST NAME, | FIRST NAME, | MI. | DCDC NO. | CELL/BLOCK | INSTITUTION |

**Part A - INMATE COMPLAINT:** On or about Thursday morning May 09th, 2005 @ or around 4:45 a.m. after the immediate serving of the "Breakfast-Meal" I was in my cell(#35/S.W.#3) ingaged in my early morning ritualistic "PUSH-UP" routine. Upon arising from the floor of my cell I AMBUSHED or indirectly induced w/a massive swarm of some type Tear Gas, which later on became known as a chemical agent. This chemical agent burned my throat, (Taste like roach spray), BURNED my eyes(Brought tears to them), BURNED my nose(Which blocked my nasal passage w/Mucous and that cut-off my air) I began to repeatly cough, cough, until I seen sparkling little dots and then felt dizzy. I suffered these symptoms for roughly 45 mins. until the # 1 shift Sgt. M. Wilson, who acted out of Malice & used Excessive Force call for Sgt. Graham, who had to retreive a exhaust fan to ventilate the lower left tier because of abundance of

**Remedy Sought:**

The treatment of prisoner from # 1 shift is negligence, abuse of authority and failure to adhere to their initial jobs. (Passing out the Breakfast Beverage-Coffee) See Attached

JUNE 11 2005
DATE                                                            SIGNATURE OF RESIDENT

**Part B - RESPONSE BY INSTITUTION ADMINISTRATOR:**

DATE                 IGP NO.                                    SIGNATURE OF ADMINISTRATOR

See back for:  1. Appeal Procedure.   2. Institutions of filing emergency grievance of sensitive nature.

---

**Part C - RECEIPT**

Return to: _____
            LAST NAME,    FIRST NAME,    MI.    DCDC NO.    CELL/BLOCK NO.    INSTITUTION

Subject: _____

DATE                                                            SIGNATURE OF RECIPIENT (STAFF MEMBER)

Part C - RECEIPT

Return to: __Harris_____ __Thomas_____ ____   __186-142__ __NO-1-35__ __CDF__
           LAST NAME,        FIRST NAME,     MI.  DCDC NO.   CELL/BLOCK NO.  INSTITUTION

Subject: __Story Treatments__    Coffee Complaint 26 May 05

__5/23/05__                      __C. Heller__
  DATE                           SIGNATURE OF RECIPIENT (STAFF MEMBER)