TOUCAN PRINTING & PROMOTIONAL PRODUCTS (202) ___-0162      213316

# INMATE GRIEVANCE
## INSTITUTION ADMINISTRATOR'S REMEDY
### LEVEL # 3 APPEAL FORM

District of Columbia
Department of Corrections
IGP Form 1 (Rev. 10/92)

Original Copy: Return to Resident

Type or use ball-point pen.

Attach additional sheets, if necessary.

**From:** HARRIS          THOMAS          EDWARD          186-147          35/S.W.#3          D.C. JAIL
LAST NAME,          FIRST NAME,          MI.          DCDC NO.          CELL/BLOCK          INSTITUTION

**Part A - INMATE COMPLAINT:** ATTACHED IS A Level 2 response from D.C.DEPT. of CORRECTIONS Public Speaker Mr. William Meeks. On the issue of me(An inmate @ D.C. JAIL) being able to carry on my personal inmate property(From this institution) INTO transit to my 1st holder F-B.O.P. UNDISCLOS destination. The public speaker & Acting Warden Larry Corbett,have both failed to "DIVULGE" just what F-B.O.P. Operations procedure policy number they are obilgated to. Inmates are susposed to have access to D.C. DEPT. of Corrections Policies & Federal Bureau of Prisons directives & polic The D.C. Jail Law Library nor my S.W.# 3 Unit or Case Manager Mr. Lacey Gilchrist,don't have the Policies Directives Manual. How does an inmate know what laws,institutional regulations,and proc ures to adhere to if he is kept in the ignoronmus state of mind when it comes to DC Jail impriso

**Remedy Sought:**
The F-B.O.P. DOESN"T HAVE ANY OBJECTIONS TO ~~INMAT~~ SELECTIVE ITEMS BEING CARRIED FROM OTHER TRANSIT JAIL FACILITY'S INTO THEIR Federal System. Legal & Business Documents,Paper back Law Books,Religious Books,and Tennis Shoes are items allowed to be carried into F-B.O.P.

31ST MAY 2005                                                T. Edward Harris
DATE                                                           SIGNATURE OF RESIDENT

**Part B - RESPONSE BY INSTITUTION ADMINISTRATOR:**

_____    _____                                        _____
DATE         IGP NO.                                           SIGNATURE OF ADMINISTRATOR

See back for:   1. Appeal Procedure.        2. Institutions of filing emergency grievance of sensitive nature.

**Part C - RECEIPT**

Return to: _____    _____    ____    _____    _____    _____
           LAST NAME,        FIRST NAME,       MI.     DCDC NO.      CELL/BLOCK NO.    INSTITUTION

Subject: _____

_____                                                     _____
DATE                                                           SIGNATURE OF RECIPIENT (STAFF MEMBER)

Central Detention Facility                                          January 18, 2005
Cellblock Southwest Three
1901 D St S. E
Washington DC 20003

To Whom It May Concern:

This is to inform you that inmate Thomas Harris 186-147 has shown positive signs concerning his rehabilitation in this unit. Inmate Harris is a member of the Sunni Muslim religious group, where he attends weekly services. He is mannerly and cooperative.

I have selected him to be an alternate member of the in-house inmate detail workers. He is always willing to assist in cleaning up, passing food trays or passing out supplies in this unit. Inmate Harris regularly asks if he can be of assistance. This position is to his credit as he is not yet among the paid workers. Inmates are put in this group on a trial basis before hired to a paid position.

I do hope that this report will assist him in his endeavor to return to society as a useful and productive member.

Yours truly,

*Cpl Henderson R. Griffin* [signature]

Corporal Henderson R. Griffin.

# INMATE GRIEVANCE
## INSTITUTION ADMINISTRATOR'S REMEDY
### SUBSTITUTE LEVEL # 3 APPEAL FOERM

District of Columbia
Department of Corrections
IGP Form 1 (Rev. 10/92)

Original Copy: Return to Resident

Type or use ball-point pen.        Attach additional sheets, if necessary.

**From:** HARRIS        THOMAS        EDWARD        186-147        35/S.W.#3        D.C. JAIL
LAST NAME,    FIRST NAME,    MI.    DCDC NO.    CELL/BLOCK    INSTITUTION

**Part A - INMATE COMPLAINT:** Please find attached my previously filed Level # 1 grievance w/additional attachments. I've been patiently waiting for a reply, since the latter part of April 2005. or twenty-something years now the D.C. Department of Corrections has passed the "REINS of POWER" from one up & coming Acting Warden to another. The D.C. Jail Sunni Muslim community has humbley atched the "MOTELY" Crew OF D.C. Dept. of Corrections Directors also follow the same evasive, oppessive, deceptive, tactical maneuvers, defiance thats deliberately aimed @ IMPEDIMENT of Islam !

   Inorder to keep our Religion of Islam essential & meaningful we need a full-time Islamic lerkic so our Islamic Community can obtain the profound & sacred ways of theQUR'AN & our Deen.

**Remedy Sought:**
See Remedies indicated in 1st initial IGP attached

11th, JUNE 2005.                              J. Edward Harris
DATE                                          SIGNATURE OF RESIDENT

**Part B - RESPONSE BY INSTITUTION ADMINISTRATOR:**



DATE        IGP NO        SIGNATURE OF ADMINISTRATOR

See back for: 1. Appeal Procedure.    2. Institutions of filing emergency grievance of sensitive nature.

**Part C - RECEIPT**

Return to: _____
LAST NAME,    FIRST NAME,    MI.    DCDC NO.    CELL/BLOCK NO.    INSTITUTION

Subject: _____

_____
DATE                                          SIGNATURE OF RECIPIENT (STAFF MEMBER)

INMATE GRIEVANCE
INSTITUTION ADMINISTRATOR'S REMEDY

District of Columbia
Department of Corrections
IGP Form 1 (Rev. 10/92)

Original Copy: Return to Resident

Type or use ball-point pen.                                    Attach additional sheets, if necessary.

| From: | HARRIS | THOMAS | EDWARD | 186-147 | 35/sw#3 | D.C. JAIL |
|---|---|---|---|---|---|---|
| | LAST NAME, | FIRST NAME, | MI. | DCDC NO. | CELL/BLOCK | INSTITUTION |

**Part A - INMATE COMPLAINT:** UNDER PRISONERS' RIGHTS vol.1 sec.6 "Defining Reglion & SEC. 4 [Equa]l Protection Laws" I find myself imprisoned in an "ATMOSPHERE OF OPPRESSIVE GRIEF" My complaint [is] from D.C. Jail not having a full-time Islamic Pastorial Represenative for the Islamic Community [b]eing "NEGLECTED" Islamic Clerkic access when it comes to a "Profound & Sacred TEACHINGS of Allah [T]he Christian & Catholic Chaplins don't have any clear understanding of my religion of Islam. [As] it comes to a Muslims Belief in: (A). ALLAH,(B).in the Angels,(C).in Allah's revealed books,(D). [Th]e Prophets & Messengers of Allah,(E).in the Day of Judgement,(F).Belief in Al-Qadar. Also it's [Mus]lims delegated Islamic duty to be buried by way of "JANAZAH FUNERAL" in case of death while he's [impri]soned. The Chaplin must be able to identify with the "SUNNAH" (The 2nd source of Islam)
[MENT]AL ANGUISH Injury-for wounded pride,& Losses of Peace of Mind,Happiness,enjoyment of Islamic Li[fe]

**Remedy Sought:**
There needs to be a full-time on duty Islamic Clerkic,who can address MUSLIMS IN crisis type [situa]tions. # 2. Collateral Damages Estimates@ $250,000.00 for justifiable LONG-TERM SUPPRESSION of Islamic Sunni Muslim's Intra-personal Spiritual growth,Educational Higher Learning & Islamic STU[DIES]

13th, APRIL 2005.                                    _Thomas E. Harris_
DATE                                                  SIGNATURE OF RESIDENT

**Part B - RESPONSE BY INSTITUTION ADMINISTRATOR:**




DATE            IGP NO.                      SIGNATURE OF ADMINISTRATOR

See back for:  1. Appeal Procedure.    2. Institutions of filing emergency grievance of sensitive nature.

---

Part C - RECEIPT

Return to: _____
           LAST NAME,   FIRST NAME,   MI.   DCDC NO.   CELL/BLOCK NO   INSTITUTION

Subject: _____

DATE                                          SIGNATURE OF RECIPIENT (STAFF MEMBER)

Cont'd.                    (2).

Under the Frist Amendment section § 605 Defining Religion When a Correctional Institution undertakes to hire more than (1) chaplin for SAME (~~one~~) specific Religious Faith (in this case they recent hired Chaplin by the name ~~of Green~~ as of April 1st, 05) but (None) ~~four~~ (my) religious preference Islam, which has many adherents; DC Jail has been in Longterm (2) decades of violating the establishment clause prohibition against the DC Jail Administrative echelon body and Christian Chaplins both favoring their Catholic/Christianity sects of Religion over my Religion "ISLAM" The speech of Allah.

In this case I'm seeking Relief by 1st compelling the DC Jail Administrative echelon body, to hire a Islamic Clerkic by the establishment clause/equal protection clause too. See C.F. Rasul vs Dist. of Columbia 680 F. Supp 436 (DDC 1988) violation of Title VII of the Civil Rights Act to reject a Muslim Imam for a Chaplin Vacancy all because he wasn't a protestant (form of Christianity)

The establishment clause was designed to "Forbid" DC Jails Administrative echelon body from affirmatively promoting Religion in general in ways not necessary to satisfy the free exercise needs of all inmates.

CC: File

Cont'd.                     (3).

Encouraging or condoning religious proselytizing by DC Jail Administrative body echelon "Officialdom" is one illustration of a practice which directly violates the establishment clause. See Larson vs Valente under 456 US 228, 229 (1982). In addition, to the favoring of one religion over another runs counter with the equal protection guarantees of the Fourteenth Amendment Check out the Cruz vs Beto, 405 US 319 (1972).

Also see Sunni, Shiite, Hanafii Muslims Jum'ah sheet We (Islamic Community) have a substainial number of adherents, who actively seek the guidance of the Qur'an.

The Sincerity of One's Beliefs - evolve from.

If a inmate's personal testimony reveals that he or she lacks knowledge of the fundamentals "Tenets" of Islam (their Faith) It's all because the Islamic Community Educational Higher Learning Talim classes have been kept in deprivation of Islamic: Qur'ans, Prayer Manuals, The Saheed 6 collect., Islamic Encyclopedia's, Islamic Dictionary Elementry Islamic Fortification Booklets, 100 Hadeeths, The 99-Attributes of Allah, 5 Pillars of Islam, 3 Aspect of Tawheed

CC:File

(4).

Cont'd.
under Sincerity of One's Belief's in the latter (5) sentences deprivation of the Islamic various sources of guidences, teachings, manuels, and Islamic Self-Discipline Rituals have been oppressed, neglected, and demagnetized into a Mental Anguish Injury. By not having the Islamic support system as well as a Office for our Islamic Clerkic, w/Dell Computer, Linksys "G" Router, Office Furniture, Fax/Xerox machine, telephone, and a Betamar.

The DC Jail Administrative echelen Regime has killed the Islamic, Intra personal, influence, to highly achieve to be encompassed, imprisoned, or decieved by those in charge (DC Jail Administrative body echelen) Muslims shall become victims of their Tyrannie, Devastation, and own criminal continued behaviorism. This is all due to Muslims not being allowed to practice Islam under 1st & 14 Amend. Rights.

The Article Exhibit No. "913" display a 52" Wide-Screen TV and (1) dural Combo Deck are both used to Televise Islamic Studies of the Profound & Sacred Teachings of Allah and his messenger (DVD's, VCR-Tapes) at Talim Classes. Islamic Books, DVD's, Video Tapes, and Islamic influence/determination are like Toys, in this institution of complete debacle.

CC: File



Cont'd.                    (5)

3) When it comes to being incarcerated a inmate must do something! At the present time, I find a lot of my muslim brothers Islamic Self-Discipline process being intercepted or substituted with idol time (The Devils Workshop) an playing the wrong type of games, that only continue criminal thinking, envoken thoughts and speech of: hatred, lust, arogrance, pride, and unexceptable behavior upon the deen of Islam.

This is a direct reflexion of how the one's in institutional Administrative Authority, At D.C. Jail can have Devastating psychological behaviorism effects on myself when it comes to playing cards, watching TV shows like The Jerry Stringer Show, or reading female soft pron magazines and making verbal homosexual remarks to % officers called joning on each other about same sex/sex acts in which your D.C. Dept of Correctional officers actively INDULGE to get a laugh right along with inmates young enough, to be their sons, nephews, or mentee's.

(6)

<u>Co't'd</u> The DC Jail Administrative echolen, are irresponsible & Agree It's o.k. for me to play these type of demoralizing, Homosexual, voguer self expressing word games everyday All to keep me and my fellow muslims (Brothers) off balance with deliberate conditions of Mental Anguish

The elements/factors of a Mental Anguish persone injury stems out in to circumstances under (3) seperate categouries: Ⓐ. Humiliation, sense of insult, or indignity Mortification or wounded Islamic pride.

Ⓑ. Loss of Peace of mind and happiness.

Ⓒ. Loss of enjoyment of Islamic Lifestyle

Each one of these categouries is a set case for Justifiable compensation in Punitive Damages @ $250,000.00 in "Retribution" against the DC Dept. of Corrections and the US Congress, who assumed control of the D.C. Jail after the passage of the National Capital Revitalization and Self-Government Improvement Act of 1997, with this law Congress took over The District's entire correctional system due to conditions of DC Jail mismanagement and long term Prisoners' Rights

Cont'd.                              (7).

violations. The issue of "Sincerity" is only one part of my complaint. <u>The Nature of my Beliefs</u> - do equally require a Islamic Clerkic influence, that provides me with a very important part orginal Sunnah and the acceptance of, the obedience to, the Teachings of God which he revealed to His last prophet Muhammad. The Regular Practices of Islam with Islamic Clerkic specifing the Qur'an's Islamic guidence, by way of the article or items indicated in the Exhibit No. 913 (Teaching Islamic Resources) and A Islamic Literature Resource Betamar and Library. Islamic Dictionary's, Islamic Encyclopedia's, Arabic Teaching classes, Islamic Prayer Manuels, Elementry Islamic Teaching books, The Saheed 6 scholars collection, and (1) News Paper Subscription.

Thru this process Islamic determination levels will increase, and my knowledge of Islam will increase, my obedience, truthfulness, certainty, love, and submission will all increase, which will build the "Sweetness of my Intra-personal Faith (Iman)". My Iman, is to take delight in the obedience to bear the HARDSHIPS, when it comes to me seeking the pleasures of Allah (God) and Representing Deen of Islam

Cont'd                               (8).

I have just presented those aspects of Religious Tenets of Islamic Faith, so that my Islamic Religion profession of sincerity and beliefs can be acquainted (introduced) to any acknowledgers of this inmate grievance complaint, when it comes to ~~your~~ general competency of Islamic Life conclusiveness or ~~your~~ case of Ignoramus (See Black Law Dictionary)

§ 6.09 = Religious Services - Congregate services are the hallmark of Islam due to the (Sunnah) a Muslim receives more blessings from Allah (God) when I pray in congregational Salat (group prayer) with like minded Muslims (Islamic Adherents) of our Islamic Faith, which is spearheaded by Islamic Clerkie. See: Wilson vs Beame, 380 F Supp 1232, 1239 (EDNY 1974) and Termunde vs Cooke, 684 F Supp 255, 261 (D Utah 1988)

§ 6.13 Access to Islamic Religious Accounterments
Religious Jewelry and accessories (Medallions, Rings, & Rugs) are frequently used in the practice of Islam, my religion. They symbolize my belief and salvation in Islam *) or oils are used by the Islamic practitioner to carry out Islamic Rituals and are often permitted to posses Religious materials, NO DOUBTS because these items are seen as Innocuous and Rehabilitive.

Cont'd.                    (9)

See ① Ross vs Coughlin, 669 F Supp 1235 (SDNY)

② Valiant Bey vs Morris 829 F2d 1441-1444 (8th Circuit)

③ Murphy, 814 F2d at 1258 (8th Circuit 1987)

None of the physical properties of Islamic Religious Accouterments - Rugs, oils, Medaillions, chains, Rings, Kufi's, Soft Leather Footies Prayer Soxes w/zippers, Render any inherently threat to the immediate security of DC Jail. The Catholics & Protestant are permitted Rosary Beads, Crosses, or a Star of David for Jews. The above mentioned Islamic Religious Accouterments should be purchased by Islamic Clerkic and delegated to his Betamar clerk. See ① Northern vs. Nelson 315 F Supp 687 (ND Cal. 1970) Aff'd 448 F2d 1266 (9th Circuit 1971) ②. Laurence H Tribe, American Constitutional Law 1437 (2nd Ed 1988) Equal Protection Theory.

Due to a delapidated, DC Jail Law Library it's been very, very slow processing adequate updated litigation. I hope this case is processed and assigned a case # then Referred to Ms. Kelly Valentine at Claims Bureau of Office of Risk Management 441 Fourth St NW 800 Scott

cc: Mayor
cc: Corp. Counsel         Cordially J. Edward Harris 186-147
cc: US Dist. Ct Chief Judge    Thomas Edward Harris 186-147

May 6, 2005

Dear Mr Harris,

I hope this booklet is what you needed.

Best Regards,

Senate Appointment Desk
U.S. Capitol

SK3/35

Bro. T. Edward Harris
DC DC No. 186-147
1901 "D" St. SE
Washington DC 20003

U.S. POSTAGE PAID
WASHINGTON, DC 20515
JUN 02, '05
AMOUNT
$0.60

April 1, 2005

To whom it may concern:

This letter is to inform you of the progress and helpful nature of Mr. Thomas Harris. As soon as Mr. Harris was assigned to my unit he has done nothing but help me, co-workers and myself run this unit smoothly.

Mr. Harris's zeal and positive has been a true asset to myself as well as my fellow officer

Sincerely,

[signature]
OIC Unit SW 3
Central Detention Facility