UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

JUL 2 1 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CONSENT TO COLLECTION OF FEES FROM TRUST ACCOUNT  05 1443

Re: Thomas Edward Harris v. Anthony Williams / DC Mayor
Robert Bobb / DC City Administrator
Elwood York Sr. / Director DC Dept of Corrections
Larry Corbett / Acting Warden of Central Detention Fac.

Civil Action No. _____

I, Thomas E. Harris # 186-147, hereby consent for the appropriate prison official to withhold from my prison account and to pay the U.S. District Court an initial fee of 20 percent of the greater of: I'm Indigent "B" Zero

(a) the average monthly deposits to my account for the six-month period immediately preceding the filing of my complaint; or

(b) the average monthly balance in my account for the six-month period immediately preceding the filing of my complaint.

I further consent for the appropriate prison officials to collect from my account on a continuing basis each month, an amount equal to 20 percent of each month's income. Each time the amount in the account reaches $10, the Trust Officer shall forward the interim payment to the Clerk's Office, U.S. District Court, until such time as the $250.00 filing fee is paid in full.

If appropriate, I will execute the institution consent form where I am housed, which will permit the staff to withdraw the amount ordered by this court as payment for the filing fee each month until the $150.00 filing fee is paid in full.

By executing this document, I also authorize collection, on a continuing basis, any costs imposed by the District Court.

_Thomas Edward Harris_
Signature of Plaintiff

n:\forms\Trust Account Form

3