U.S. Department of Justice  
United States Marshals Service

**PROCESS RECEIPT AND RETURN**  
See Instructions for "Service of Process by the U.S. Marshal"  
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Thomas E. Harris | 05-1443 JR |
| **DEFENDANT** | **TYPE OF PROCESS** |
| Anthony Williams, et al | Summons in a Civil Action |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

S. Elwood York, Director - D.C. Dept. of Corrections

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*

**AT** 1923 Vermont Ave, NW, Washington, DC 20009

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service)*:

[RECEIVED 2005 AUG 10 A 9:01 U.S. MARSHALS OFFICE DISTRICT OF COLUMBIA]

Signature of Attorney or other Originator requesting service on behalf of:  ☐ PLAINTIFF  ☐ DEFENDANT   TELEPHONE NUMBER   DATE

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 16 | District to Serve No. 16 | Signature of Authorized USMS Deputy or Clerk  *Francie Tellure* | Date 8/10/05 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above *(See remarks below)*

Name and title of individual served *(if not shown above)*: Anita LaRue Dep Gen Counsel

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address *(complete only if different than shown above)*

Date of Service: 08/17/05 @ 235 pm  
Signature of U.S. Marshal or Deputy: *Bertrand*

| Service Fee $45 | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |

REMARKS: Endeavor #1 on 08/10/2005 @ 112pm no one from Legal Dept responding to front desk calls. Left message for Brenda White of OGC @ (202) 673-8042  /B.

PRIOR EDITIONS MAY BE USED      **1. CLERK OF THE COURT**      FORM USM-285 (Rev. 12/15/80)