**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| THOMAS HARRIS, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 05-01098 (JR) |
| ANTHONY WILLIAMS, et al., | ) |
| Defendants. | ) |

**DEFENDANTS' MOTION FOR ENLARGEMENT**

Pursuant to Fed. R. Civ, P. 6(b)(1), Defendants, by and through undersigned counsel, moves for a four-week enlargement to file their Answer or other response to Plaintiff's Complaint. The cause for this request is (1) the necessity of completing investigative efforts to prepare an Answer or other response; (2) the pendency of the same matter before different judges of the Court and necessity of moving for consolidation (05-cv-1443 (JR); 05-cv-1438(EGS); 05-1205(GK)), and (3) the necessity of obtaining representation forms from individual Defendants York and Corbett.

Upon information and belief, Plaintiff is currently a prisoner in the D.C. Jail and prisoners are not allowed to accept telephone calls. To seek consent, it would be necessary to visit with Plaintiff personally at the D.C. Jail. Defendant was not able to go to the D.C. Jail before the filing of this motion.

Dated: September 2, 2005				Respectfully submitted,

						ROBERT J. SPAGNOLETTI
						Attorney General for the District of Columbia

						GEORGE C. VALENTINE
						Deputy Attorney General
						Civil Litigation Division


						*/s/ Kimberly Johnson*
						KIMBERLY MATTHEWS JOHNSON
						Chief, General Litigation I
						D.C. Bar No. 435163


						*/s/ Wendel Hall*
						WENDEL V. HALL
						Assistant Attorney General
						D.C. Bar No. 439344
						Suite 6S012
						441 4th Street, N.W.
						Washington, D.C. 20001
						(202) 724-6608
						(202) 727-0431 (fax)
						E-mail: wendel.hall@dc.gov

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Motion for Enlargement, the memorandum of points and authorities in support, and a proposed Order were served electronically on this 2nd day of September 2005 to the Court and to:

Thomas Harris
DC 186-147
DC Jail
1901 D Street, SE
Washington, D.C. 20003

                                            WENDEL HALL
                                            Assistant Attorney General

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THOMAS HARRIS, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 05-01098 (JR) |
| ANTHONY WILLIAMS, et al., | ) |
| Defendants. | ) |

**DEFENDANTS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THEIR MOTION FOR ENLARGEMENT**

Fed. R. Civ. P. 6(b)(1) permits, upon motion, the enlargement of any time period pursuant to "cause shown" if a motion is made before expiration of such time period. Defendants' answer or other response is currently due on September 6, 2005. Because this motion is being filed before the expiration of the deadline, Fed. R. Civ. P. 6(b)(1) controls.

The requested enlargement will enable the District to complete its efforts in these respects and will not prejudice Plaintiff as this matter is at an early stage of proceedings.

For the foregoing reasons and such others as may appear to the Court, Defendants respectfully request that the Court enter the relief requested herein.

Dated: September 2, 2005           Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

*/s/ Kimberly Johnson*
KIMBERLY MATTHEWS JOHNSON
Chief, General Litigation I
D.C. Bar No. 435163

*/s/ Wendel Hall*
WENDEL V. HALL
Assistant Attorney General
D.C. Bar No. 439344
Suite 6S012
441 4th Street, N.W.
Washington, D.C. 20001
(202) 724-6608
(202) 727-0431 (fax)
E-mail: wendel.hall@dc.gov