UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THOMAS HARRIS, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 05-01098 (JR) |
| ANTHONY WILLIAMS, et al., | ) |
| Defendants. | ) |

### ORDER

Having considered Defendants' Motion for Enlargement, the memorandum of points and authorities in support, Plaintiff's Opposition, and the entire record herein, it is, this \_\_\_\_ day of \_\_\_\_, 2005:

ORDERED: that Defendants' Motion for Enlargement shall be, and hereby is, GRANTED; and it is

FURTHER ORDERED:   that Defendants shall have up to and including September 20, 2005 to answer or otherwise respond to the Complaint.

_____
James Robertson
United States District Judge

cc:

Wendel V. Hall, Esq.
Assistant Attorney General
441 4th Street, N.W.
Sixth Floor South
Washington, D.C.   20001

Thomas Harris
DC 186-147
DC Jail
1901 D Street, SE
Washington, D.C. 20003