UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THOMAS HARRIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 05-01443 (JR) |
| v. | ) |
| | ) |
| ANTHONY WILLIAMS, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Having considered Defendants' Motion to Dismiss, the Memorandum of Points and Authorities filed in support thereof, Plaintiff's Opposition, Defendant's reply, and the entire record herein and it appearing to the Court that the motion should be granted, it is by the Court this ____ day of _____, 2005:

ORDERED: That Defendants' Motion to Dismiss shall be, and hereby is, GRANTED; and it is

FURTHER ORDERED: That Plaintiff's Complaint shall be, and hereby is, DISMISSED.

_____
James Robertson
United States District Judge

cc:

Wendel V. Hall, Esq.
Assistant Attorney General
441 4th Street, N.W.
Sixth Floor South
Washington, D.C.   20001

Thomas Harris
DC 186-147
DC Jail
1901 D Street, SE
Washington, D.C. 20003

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Motion to Dismiss, the memorandum of points and authorities, and a proposed Order were filed electronically and sent by first class mail, on this 29th day of September 2005 to:

Thomas Harris
DC 186-147
DC Jail
1901 D Street, SE
Washington, D.C. 20003

```
                              _____
                              WENDEL HALL
                              Assistant Attorney General
```