UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THOMAS HARRIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 05-cv-01443 (JR) |
| ) | |
| DISTRICT OF COLUMBIA et al., ) | |
| ) | |
| Defendants. ) | |
| _____) | |

**DEFENDANTS' SUPPLEMENTAL MEMORANDUM OF POINTS AND
AUTHORITIES IN SUPPORT OF ITS MOTION TO DISMISS**

Defendants respectfully submit this Supplemental Memorandum of Points of Authorities to notify the Court that Plaintiff has conceded Defendants' pending Motion to Dismiss through non-opposition. Defendant filed its motion to dismiss on September 29, 2005. On October 11, 2005 this Court ordered that Plaintiff's opposition, if any, was to be filed no later than November 8, 2005. It is now December 1, 2005, and Plaintiff has not filed an opposing memorandum of points and authorities. Because Plaintiff did not file an opposition, the Court may treat the motion as conceded. LCvR 7.1(b); see also Buggs v. Powell, 293 F. Supp. 2d 135, 141 (D.D.C. 2003)(arguments to which no response is offered may be treated as conceded). The Court should therefore enter an Order dismissing this matter. A proposed Order was submitted along with Defendant's Motion to Dismiss on September 29, 2005.

1

Dated: December 1, 2005

                        Respectfully submitted,

ROBERT SPAGNOLETTI
Attorney General for the
District of Columbia, D.C.

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

_____
KIMBERLY M. JOHNSON
Chief, General Litigation Section I
D.C. Bar No. 435163

_____
WENDEL V. HALL
Assistant Attorney General
D.C. Bar No. 439344
Suite 6S012
441 Fourth St., N.W.
Washington, D.C.  20001
(202) 724-6608
(202) 727-0431 (FAX)
E-mail: wendel.hall@dc.gov
Attorneys for Defendant

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Defendants' Supplemental Memorandum of Points and Authorities in Support of its Motion to Dismiss, was sent on this 1st day of December, 2005 to:

Thomas E. Harris
DC 186-147
DC JAIL
1901 D. Street, SE
Washington, D.C. 20003
PRO SE

_____
WENDEL HALL
Assistant Attorney General