UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

DEC 05 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

THOMAS EDWARD HARRIS,          )
                               )
            Plaintiff,         )
                               )
      v.                       )     Civil Action No. 05-1443 (JR)
                               )
ANTHONY WILLIAMS, et al.,      )
                               )
            Defendants.        )

### ORDER OF DISMISSAL

This matter comes before the Court on defendants' motion to dismiss. Plaintiff is appearing *pro se*. On October 11, 2005, the Court ordered plaintiff to respond to the motion within 30 days. The Court advised plaintiff that failure to respond could result in dismissal of the action. *See Fox v. Strickland*, 837 F.2d 507, 509 (D.C. Cir. 1998).

As of this date, plaintiff has not filed a response to the motion to dismiss. Accordingly, it **ORDERED** that defendants' motion to dismiss [Dkt.# 11] is **GRANTED**. It is **FURTHER ORDERED** that the case is **DISMISSED without prejudice**.

This is a final appealable order. *See* Fed. R. App. P. 4(a).

_____
JAMES ROBERTSON
United States District Judge

DATE: December 5, 2005