Harris v. Williams et al
Assigned to Judge J. Roberson
Demand: 75,000
Cause 42: 1983 Prisoner Civil Rights

RECEIVED
DEC 14 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Plaintiff
THOMAS EDWARD HARRIS
FED. REG. NO. 02269-000

Civil Action No. 05-1443
JR

v.

Defendant
ANTHONY WILLIAMS
MAYOR

## MOTION FOR EXTENSION OF TIME AND SUPPORTING ARGUEMENTS

Now comes Thomas Edward Harris, Plaintiff in the matter of Civil Action Number 05-1443 before the Honorable Judge James Roberson. I'm writing your Honorable court room today Judge Roberson, 1st of all ask- for a 60 day extension, inorder to immediately respond to the Motion of Wendel Vincent Hall/Lead Attorney for the Office of the Corporation Counsel. See docket sheet number that is highlighted "Error of the Ct"

### ARGUEMENTS of SUPPORT

On August 1st, 2005. I Thomas Edward Harris, was abruptly removed from D.C. Jail to Federal Correctional Institution Cumberland(in Md.) At that time I was stripped of all my personal inmate property and my legal mail. All of my inmate personal property was sent to Visitors Service Center(See letter enclosed dated September 7th, 2005)from Mrs. Sarah Coleman Exhibit"A" Also see Exhibit "B" from D.C. Prisoner's Legal Project Inc. dated October 27th, 2005 signed by Legal Intern Leon Gunning.

(1).

Exhibit "C" was mailed to Visitors Service Center on November 15, 2005. This letter clearly tells the Visitors Service Center that I've been desperately trying to get my property from them and I was going to sue them if they don't send me my legal mail immediately!(See page two high lited) On the docket sheet item 14 Supplemental Memorandum Motion to Dismiss was filed on 12/02/05. Please examine exhibit "D" that was rec'd by the U.S. District Courts Clerks Office on 12/01/05 look on the rear side...

    This was a Motion of confrimation to find out the status of my case, because the Visitors Service Center didn't mail me my legal documents I was kept in a state (situation where I couldn't give the courts a case#) In exhibit "G" which is also stamped by the Clerk's of the U.S. District Court my situation should be explained. I don't know whether the clerk xeroxed these exhibits and included them as attachments so I'm sending my originals back so your honor can examine them for yourself.

    Your Honor when I was incarcerated at D.C. Jail in deplorable conditions, I fore saw that my legal papers & business documents were either going to be destroyed because I didn't have any family members to pickup my inmate prpoerty from D.C. Jail. In exhibit "E" this is a letter from Jessica Langley A.C.L.U. Paralegal look at the high lited areas please. They referred to Visitors Service Center as a place that could hold my personal inmate property and mail it to me once I get to my Federal Destination(which is F.C.I. Cumberland)the problem surfaces from the Secretary Mrs. Sarah Coleman, who somehow stalled, impede, or didn't mail me my inmate legal mail until November 22nd, 2005. So during the time that the docket intries: 11, 12, & 13 were all filed I had know idea. Also my summons was returned "UNEXECUTED" this means I never rec'd a copy of the Lead Attorney's Wendel Vincent Halls justification for dismissal. I can't answer something that I've never rec'd. The COURT needs to send me a copy ASAP. Check the docket sheet (I'm also inclosing my docket sheet see pages 2 & 3)high lited area's. On exhibit "F" this is a copy of an inmate to my unit counselor Case Managers Mr. Doug Greaser, asking him to assist me with a telephone call to contact Visitors Service Center so they could send me my legal mail. The tell phone down here is (301)- 784-1000. Mr. Greaser, can confrim that we called V.S.C. at (3)seperate times between the time the enrty's were filed to dismiss this case. Also V.S.C has a record for the day and time they finally mailed me my inmate personal property call them too.

(2).

The Visitors Service Telephone # is at the bottom on exhibit "F" which was high lited by my Case Manager Doug Greaser(Also look on rear of exhibit statement indicating 2nd letter mail to V.S.C.)

## CONCLUSION

My whole case at this point revolves around the fact that Visitors Service Center has botched their responsiblity to promptly forward my inmate personal property during the time lead attorney of Corp. Counsel filed for a non-opposition"Notice of Concession to Dismiss my claim." I haven't been allowed a fair chance to reespond to the defendants opposition,if this court will 1st grant me an extention and 2nd send me a-copy of the defendants arguements and supporting exhibits I'll respond. Please take into consideration the fact that I also wrote the clerk's office,who couldn't acknowledge my inquiries when I wrote the courts w/out a case number seeking what was my cases status.

Cordially,

T. Edward Harris

Thomas Edward Harris
Reg. NO. 02269-000
December 07th,2005.

Honorable Judge James Roberson