District of Columbia live database - Docket Report
Case 1:05-cv-01443-JR    Document 16-2    Filed 12/14/2005    Page 1 of 10
Page 1 of 3

PROSE-PR, TYPE-F

# U.S. District Court
## District of Columbia (Washington, DC)
### CIVIL DOCKET FOR CASE #: 1:05-cv-01443-JR
### Internal Use Only

HARRIS v. WILLIAMS et al
Assigned to: Judge James Robertson
Demand: $75,000
Cause: 42:1983 Prisoner Civil Rights

Date Filed: 07/21/2005
Jury Demand: None
Nature of Suit: 550 Prisoner: Civil Rights
Jurisdiction: U.S. Government Defendant

**Plaintiff**

THOMAS EDWARD HARRIS    represented by THOMAS EDWARD HARRIS
DCDC No. 186-147
1901 D Street, SE
Washington, DC 20003
PRO SE

V.

**Defendant**

ANTHONY WILLIAMS
*Mayor*

represented by Wendel Vincent Hall
OFFICE OF THE CORPORATON COUNSEL
441 4th Street, NW
Washington, DC 20001
(202) 724-6608
Fax: (202) 727-0431
Email: wendel.hall@dc.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

ROBERT BOGGS
*DC City Administrator*

represented by Wendel Vincent Hall
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

S. ELWOOD YORK
*Director, DC Department of Corrections*

represented by Wendel Vincent Hall
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| | | identified as defendant(s) on the attached form and file it with the Court by September 26, 2005. Signed by Judge James Robertson on 9/6/2005. (zalr, ) (Entered: 09/09/2005) |
| 09/29/2005 | 11 | MOTION to Dismiss by ANTHONY WILLIAMS, ROBERT BOGGS, S. ELWOOD YORK, LARRY CORBETT. (Attachments: # 1 Text of Proposed Order)(Hall, Wendel) (Entered: 09/29/2005) |
| 10/11/2005 | 12 | ORDER that plaintiff shall respond to defendant's motion to dismiss within 30 days of this order. Signed by Judge James Robertson on October 11, 2005. (MT) (Entered: 10/11/2005) |
| 12/01/2005 | 13 | ENTERED IN ERROR.....NOTICE *of Concession of Motion to Dismiss by Non-Opposition* by ANTHONY WILLIAMS, ROBERT BOGGS, S. ELWOOD YORK, LARRY CORBETT re 12 Order (Hall, Wendel) Modified on 12/2/2005 (lc, ). (Entered: 12/01/2005) |
| 12/01/2005 | 14 | SUPPLEMENTAL MEMORANDUM to re 11 MOTION to Dismiss filed by ANTHONY WILLIAMS, ROBERT BOGGS, S. ELWOOD YORK, LARRY CORBETT. (lc, ) (Entered: 12/02/2005) |
| 12/02/2005 | | NOTICE OF CORRECTED DOCKET ENTRY: re 13 Notice (Other) was entered in error and has been refiled by the Court in the correct category (see docket entry #14). (lc, ) (Entered: 12/02/2005) |

12/08/05. I rec'd this docket sheet @ 16:44 Hrs (During regular mail call) The Clerk has negligently refused to acknowledge my change of address frist of all, second bring to this honorable courts attention, a letter dated November 15, 2005 to Visitors Service Center Exhibit "C" two pages. It should of been some type of docket entry acknowledging my motion of Status confirmation too

Cordially,

*T. Edward Harris*

THOMAS EDWARD HARRIS



# VISITORS' SERVICES CENTER
1422 Massachusetts Avenue, S.E. | Washington, D. C. 20003 | (202) 544-2131



September 7, 2005

Dear Mr. Harris:

    I have received your reguest for your property from the D.C. Jail. On Friday 2,2005. Mrs. Gatewood went to the jail to retrieve your property and so she did. Mrs. Gatewood retrieved a yellow envelope with legal paper's inside of it. Mr. Harris you need us to send you this yellow envelopes, but in order for us to send you these paper's you most first send us a letter from the jail saying that we can send this envelopes to you without this letter we can not send you this envelope. Mr. Harris we also have you tennis shoes. If there's anything else we can get for you please let us know,or if there's anything we can do for you please let us know.

Thank You

*Sarah Coleman* (signature)

Sarah Coleman



**Prisoners' Legal Services Project**
2639 Connecticut Avenue, NW, Suite 225
Washington, D.C. 20008
www.dcprisonerhelp.org



**Officers:**

Theodore A. Howard
President

Michael Michaelson, M.D.
Vice President

Thomas L. Johnson
Treasurer

Caryl Pines Curry
Secretary

**Members:**

Stephen M. Block
Peter Buscemi
David D. Cole
Richard Gilbert
Fritz Mulhauser
Alan A. Pemberton
Douglas G. Robinson
Vincent Schiraldi
Richard Seligman
Jonathan Smith
Douglas Sparks
Elizabeth Symonds
Nkechi Taifa

**Executive Director**

Philip Fornaci

October 27, 2005

**LEGAL MAIL**
**SPECIAL MAIL: Do not open except in inmate's presence.**
Thomas Edward Harris (02269-000)
FCI Cumberland
P.O. Box 1000
Cumberland Md. 21501-1000

Dear Mr. Harris,

We received your letter dated September 24th 2005. You may be pleased to hear that we contacted the Visitor Service Center on October 27th. They took your name number and address and they assured us that they will begin forwarding your legal mail to you soon.

On the matter of legal research, unfortunately, we cannot do your legal research or send you copies of legal materials. You can write:

> Prisoners' Rights Research Project
> University of Illinois College of Law
> 332 Law Bldg. m/c 594
> 504 East Pennsylvania Avenue
> Champaign, IL 61820

This organization may be able to help you with the legal research you need.

We are concerned that you are having trouble getting these legal materials to begin with. Prisons are required to make sure that you have access to legal materials if you are trying to bring a habeas corpus petition or a claim for a constitutional violation. They must either allow you to get materials from the law library or they must provide you with assistance from someone trained in the law.

If you feel that your institution is violating your rights, you must file grievances. State your problem clearly and simply. Explain that you need to conduct legal research and explain how or why you are not able to conduct that research. A grievance guide is attached to this letter.

Please send us a copy of the first answer you get. Also, explain to us *why* you feel you are unable to conduct meaningful legal research. Explain your

institution's procedures, and explain any problems you have encountered. When we get this information, we can decide how best to help you.

*This letter does **NOT** mean we will take a case to court for you. It means only that we want to know more about your issue.*

Thank you for writing to us and we hope that you receive both your mail and your legal material.

                                                  Sincerely,

                                                  Leon Gunning
                                                  Legal Intern to
                                                  Ivy A. Lange Esq.
                                                  Staff Attorney

**Enclosures:** Grievance Guide

15th, November 2005.



Mr. Thomas Edward Harris
FEDERAL CORRECTIONAL INST.
Fed. Reg. No. 02269-000
U.S. Post Office Box 1000
CUMBERLAND, MD. 21501-1000

Visitor Service Center
1422 Massachusetts Ave S.E.
Washington, D.C. 20003

Re: My Legal Mail

Dear Mrs. Gatewood:

    I'm writing your business (Visitors Service Center) in regards to being neglected by your secretary Ms. Sarah Coleman. Frist of all I REALIZE that Visitors Service Center is a very small orginazation. I also acknowledge that your staff is probably swamp-ed with aiding other peoples request besides mine. I've written your business at-least 4 to 6 seperate times alone! Ms. Coleman, seems to think she has forefilled my request for my legal mail. Ms. Gatewood, I would like to bring you up to date on my situation. I was told by the ACLU (American Civil Liberity Union) Attorney Fritz Mulhouser, that upon leaving D.C. Jail to be transfured into Federal custody I couldn't carry on (w/me) any inmate personal property or legal mail. Attorney Mulhouser, recommend your agency in regards to me leaving my personal property & legal mail with until I reach my federal destination.

    Once I reach my federal correctional institution I was told that I could write Visitor Service Center an let them know where I'm lo-cated at. In my second letter to Ms. Sarah Coleman, I enclosed a pack-age slip that was approved by Mr. Bennett one of my unit counselors. Ms. Coleman, never responded to my package slipp The end result was it expired after 30 days. I went to anther one of my F.C.I. Cumberland unit counselors named Mr. Doug Greaser (301)-874-1000 is the Tele.No.

    Mr Greaser, allowed me to call your offices @ Visitor Service Cent-er. I spoke w/Ms. Sarah Coleman, who at that time didn't have a clue about the Box of legal files & two Legal Law Books being held by inmate Robert Holbrook, who worked in the inmate warehouse at D.C. Jail. About two days later I rec'd a letter from Ms. Sarah Coleman indicating that

(1).

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA



THOMAS EDWARD HARRIS
FED. REG. NO. 02269-000

    Plaintiff,

V.

MAYOR ANTHONY WILLIAMS, et. al,
    Defendants

Civil Action No. 05-1443 JR

&

Civil Action No. 05-1262 UNA

---

    Now comes Thomas Edward Harris, Plaintiff proceeding "Pro-se" who respectfully SUBMITS this petition to the Office of the Clerk of the United States District Court of the District of Columbia, about what is the present status of my two pending cases at this time.

    On August 1st, 2005. I was abruptly transfured FROM D.C. Jail to Federal Correctional Institution Cumberland. My D.C. Jail inmate personal property was held captive for 120 days at Visitors Service Center. All my legal documents were in this property. During the 120 days I wrote the U.S. District Courts Clerk's Office on two seperate occasions. Since I didn't have the case numbers my letters were never acknowledged. On November 21st, 2005. I un-expectedly received 1-yellow 8 x 14 inch legal size envelope from Visitors Service Center. Now that I have my business & legal mail I can now proceed petitions for redress of grievance in the matters listed above.

    Please forward me an answer as soon as possible. Also find enclosed one letter of confirmation dated September 7th, 2005 from Visitors Service Center (Written By Sarah Coleman) & my copy of a counter response dated November 15th, 2005. urging them (Visitors Service Center) to send me my property as soon as possible.

Respectfully Submitted
Thomas Edward Harris

you Ms. Betty Gatewood, had went to N.W. #1 housing unit at D.C. Jail an pickedup my box. She also stated that the yellow envelope 8 x 14 that was addressed to Mr. Bill Chan. had been rec'd in the mail. So I'm guessing that Visitors Service Center should have 1 Xerox box w/my legal files in it & two law books, plus the Bill Chan envelope. My tennis shoe were taken from me at Federal Correctional Institut ion Cumberland(Here!) Sarah, said they arrived about 1 week after you picked up the box(on the Phone conversation)I'm very, very, confused. The reason why I'm very confused is on Monday November 7th, 2005. A bus from D.C. Jail arrived down here. And it just so happends, that one of inmates on that bus was a former black muslim inmate who use to work in D.C. Jail around the secretaries on the 2nd floor where Visitors Services Center had their office set inside D.C. Jail.

    I know this inmate from D.C. Jail because I was housed in N.W. # 1 housing unit with him & Robert Holbrook.(who I left the box with). The muslim inmate and I use to pray together 1st of all, but 2nd he said, you never picked-up the box. I've been down here for 108 days & Robert Holbrook was due to be released in mid October. I'm now wonder is this why it's taking so long for you to mail me my legal mail. I've even written the D.C. Prisoners' Legal Project Inc. [See Letter enclosed that indicated they have spoken with V.S.C.]

    Ms. Gatewood, I've already arranged for you to mail me the yellow 8 x 14 envelope w/Bill Chan. on it & the two law books. On Monday October 31st, I had my unit counselor Mr. Bennett, to grant me an extention on the 1st package slip. Please call down here to confirm this. I'm in very serious need of that envelope & the two law books. If this notice go's un-answered than you leave me no choice, but to write the U.S. District Court seeking a court order against Visitors Service Center about my personal property. All I want is an answer. The judge in my law suit against D.C. Jail wants to know why I haven't sent him the info in the yellow 8 x 14 inch envelope w/Bill Chan on it. You are holding me up! Please, I'm been very patient as well as considerate due to Ms. Colemans mix-up. No-bodies perfect, but It doesn't take 6 letters from me to V.S.C to explain that your're impeding my progress to comply w/Civil Rules & Procedures when it comes a filing my law suit against D.C. Jail, Mayor Anthony Williams, D.C. Director Elwood York Jr. and D.C. CITY Administra tor Boggs. I need my legal mail please! Write me back soon

Cordially,            (2).                    Thomas E. Harris



Mr. Thomas Harris
June 24, 2005
Page 2

letter, the Supreme Court in <u>Lewis v. Casey</u> set a new and stringent legal standard for any prisoner who asks a court to hold that a law library is so bad it violates the Constitution..

It's wonderful you are seeking donations of library materials to expand and update the Jail collection. We enclose a section from *A Jailhouse Lawyer's Manual* (6th ed.) on inmates' rights to access the courts; it includes an appendix of *recommended* resources. That list could give you more ideas of specific items to solicit, along with the obvious needs for current reference works to replace outdated items. From your letters we could see your own intense interest in legal research, so we enclose a flyer from the publisher in New York with ordering information if you want your own copy of *A Jailhouse Lawyer's Manual*. It is not geared especially to DC, but is very up-to-date in general with over 1000 pages, in two volumes, so well worth the price of $45.

You wrote of concerns about your personal property if and when you are transferred from the DC Jail into the Federal Bureau of Prisons (FBOP). You complained that the library does not have copies of FBOP program statements, including one covering inmate property. If you have internet access in the library, you can find the texts of all FBOP statements online at http://www.bop.gov/DataSource/execute/dsPolicyLoc?start=reset. We also enclose a copy of FBOP Program Statement # 5800.12, "Personal Property." There you can see FBOP rules about belongings of inmates coming from other institutions, and how they are received and stored.

If you have too much to transfer, we talked with staff at the Visitor's Service Center (VSC), the organization that sent you your tax return. We learned they assist inmates with excess personal property, picking it up at the jail and holding it until the owner is released. We don't know the limits of their ability to take care of stuff (how much or for how long). If you have so much property that the BOP may not take it, contact Billy Chandler of the VSC staff to ask if they can help. VSC is at 1422 Massachusetts Ave., S.E., Washington, DC 20003; tel: 202-544-2131.

Finally, you also expressed an understandable dissatisfaction with the jail's inmate grievance procedure. We hear a lot of comments along the same lines, and the DC Council Committee on the Judiciary has heard testimony about the bad system. You said inmates don't know the procedures and the previous grievance coordinator was very ineffective. We enclose a copy of the most up-to-date DC Department of Corrections Program Statement (dated July 1, 2004) describing how the system should function. Because there is not a strong legal claim for access to a grievance system, it's hard to say what can be done to change the low priority that evidently has for improvement. Both ACLU and DC Prisoners Legal Services are monitoring the situation.

We hope this letter and the enclosed information prove helpful and we regret we can't do more. In general, our office lacks the resources to copy and mail materials to inmates; we would appreciate if you could share the enclosures with other prisoners with similar concerns. We are also returning documents you sent that look like originals. Never send originals; we will not be able to return them in future.

We genuinely appreciate the information you gave us about the library, and hope you have begun to see some positive changes in the direction of better inmate accessibility and assistance. We wish you the best of luck at your upcoming parole violation hearing, and if you do transfer into the FBOP like you expect, we hope the transition is as smooth as possible.

Sincerely,

*Jessica Langley*
Jessica Langley
Paralegal

Enclosures:   York; *JLM* excerpt and flyer
FBOP and DC DOC program statement
Original documents

BP-S148.055
SEP 98

**INMATE REQUEST TO STAFF**

U.S. DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) | DATE: |
| --- | --- |
| MR. GREASER | AUGUST 2nd 2005 |
| FROM: THOMAS E. HARRIS | REGISTER NO: 02269-000 |
| WORK ASSIGNMENT: UN-ASSIGNED | UNIT: B-1 / 102 Lower |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.

I NEED a Telephone call in REGARDS to legal Matters. (202) 544-3121 Betty Gatewood at Visitors Service Center or US Dist. Ct 2/354-3174 CLERK of the Court

✱ NEEDS TO CONTACT COURT TO HAVE LEGAL MAIL SENT HERE INSTEAD OF D.C.-JAIL NOW THAT HE HAS BEEN TRANSFERRED.

(Do not write below this line)

DISPOSITION:

SEE ME MONDAY MORNING 8-8-05, AFTER 9:00 AM. I WILL CONTACT THE COURT.

Rec'd @ 919ᴬ Left V.M at VSC & talked to US Dist. Ct Clerk.  J.E. Harris 8/8/05

| Signature Staff Member | Date |
| --- | --- |
| CSW B4 | 8-7-2005 |

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86 and BP-S148.070 APR 94

FILE IN SECTION 6 UNLESS APPROPRIATE FOR PRIVACY FOLDER

**SECTION 6**

VSC = (202) 544-2131