UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **THOMAS EDWARD HARRIS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )   Civil Action No. 05-1443 (JR) |
| | ) |
| **ANTHONY WILLIAMS, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

### ORDER

The Court dismissed this action without prejudice on December 5, 2005 based on plaintiff's failure to respond to defendants' motion to dismiss. Plaintiff, proceeding *pro se*, has moved for an extension of time to respond to defendants' motion. Finding good cause, it is

**ORDERED** that the dismissal order [Dkt.# 15] is **VACATED**. It is

**FURTHER ORDERED** that plaintiff's motion for extension of time [Dkt.# 16] is **GRANTED**. Plaintiff is directed to file a response to defendants' motion within 30 days of this order.

JAMES ROBERTSON
United States District Judge