```
T. Edward Harris          *
        Plaintiff,        *
v.                        *           Civil Action No. 05-1443 JR
Anthony Williams et al    *
        Defendant,        *
                          *
```

RECEIVED
FEB 2 7 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## MOTION FOR ENLARGEMENT OF TIME AND REQUEST FOR A COPY OF THE DEFENDANTS MOTION TO DISMISS & ALL ATTACHMENTS.

Now comes T. Edward Harris, plaintiff by way of Pro-se, who respectfully petitions this honorable court in regards to why the U.S. Clerks Office and Mr Richburg, has refused to comply with Docket Entry # 17. On 2-1-2006 the honorable Judge James Robertson, granted my motion for extension of time [See Docket Entry No. 16 w/attachments] Prior to this [The Judge granting my motion for extension of time] I had file a Motion to Appeal the Court's Order granting the defendants motion to dismiss(On January 28th, 2006) this motion was received on February 03, 2006. On February 15th, I received a leave to file dening my motion to Appeal the Court's Order granting the defendants motion to dismiss. [See Docket Entry un-number after 17 dated 2/08/2006.]

I have tryed to explain to the U.S. Clerk's Office and to the presiding honorable judge of this court, that I have never received a copy of the dead attorney's "Motion to Dismiss" docket entry number 11. I'm enclosing two seperate sets of "OLD EXHIBITS" that I mailed to the courts two ½ weeks ago.

Federal Correctional Institution Cumberland doesn't have a legal mailing system of adequately registaring(Recording) when mail is mailed out this Federal Institution and all legal MAIL that comes from the court's of all circuits doesn't have to be signed for only censored for contraband then distributed along with regular civilian mail. Legal Mail from attorney's and District & Federal, Appellant Courts is susposed to be distributed by and through a time dated legal mail ledger. The clerk's failure to stamp some of my previous filed motions and record docket entry's shows they made errors under

(1).

10th, February 2006.

Mr. Thomas Edward Harris
Federal Correctional Inst.
Registar Number 02269-000
U.S. Post Office Box-1000
Cumberland, Md. 21501-1000

Re: Harris v. Williams et al
    Civil Action No. 05-1443

Dear Chief Clerk Whittington:

Now comes T. EDWARD HARRIS, plaintiff in the above mentioned matter. On Tuesday February 7th, 2006 at 4:26 p.m. I received a copy of document high-lighted in "PINK" labeled exhibit (A). [Docket Entry Number 17]

Mrs. Whittington, if you would closely examine the docket text, it is stating that the defendants previous ORDER for dismissal has been vacated and the Honorable Judge James Robertson, has granted my (The Plaintiff's) motion for extension of time. [Docket Entry 16 on December 16, 05. entered.] My complaint stems from your "Subordinate Clerk's" when it comes to their failure to frist of all record my change of address. (It's not Listed at all) The second error results from them failing to read into all letters and record motions as docket entries. I've been trying to tell the courts, that every since I was transfured from D.C. Jail to federal custody I have never received a copy of the defendants motion to dismiss [Docket Entry 11].

Please examine exhibits (B) & (C) they both closely reveal my endeavors, to bring the issue of my ignoramous, to the immediate attention of the the court (Through the clerk). Read the high-lighted area's on each exhibit! Exhibit (B) was never recorded as a docket entry, but in exhibit (C) which is also docket entry 16 on page two I plain stipulate thecourse of events that lead to my current situation (Ive never received a-copy of Wendel Halls motion.) I'm only a indigent D.C. Prisoners', who civil rights were violated, but I very seriously do, find it extremely difercult to respond to the defendants' motion to dismiss [Docket Entry 11] when for the fifth time I've never received a-copy of this motion. This federal Correctional Institution Cumberland doesn't have a computer for it's federal prisoners' to use for electronic filing, so I can't be expected to download any thing from the DCD_ECFNotice@dcd.uscourts.gov. I need you to forward me a-copy of everything that has ever been filed by lead attorney Wendel Hall. I need this information yesterday (See Deadline 3/1/06)        Cordially, T. Edward Harris

the Civil Rules & Procedures (Rule 79)(a) my change of address is not listed on the docket sheet. The most important fact is I was never mail a copy of the lead attorney's motion to dismiss. No-where on the "Civil Docket" can the U.S. District Courts Clerk's office show they have mailed me a copy of the motion. I have enclosed exhibits that clearly state my request for a copy of the defendants motion to dismiss. The clerk's failures to enter my change of address and Resolve (3) seperate attemps to receive a copy of docket entry no. 11, has resulted in a technical deiciency. See Redfield v. Continental Casualty Corp (1987,CA7 Ill) 818 F2d. 596,7FR Serv 3d. 739[Negligence & Carelessness]

The Rationale for concluding that the receipt constitutes filing in the ordinary civil case is that the appellant(Plaintiff) in my case has no control over prison delay's and between the clerk's technical mistakes which are both beyond my control. See the below cases:

Parissi v. Telechorn,Inc. 349 U.S. 46,47,99 L Ed.867,75 S Ct. 577(1955);Deloney v. Estelle, 661 F2d 1061,1062-1063(CA 5 1981);Aldabe v. Aldabe,616 F2d,1089,1091(CA9 1980);United States v.Solly,545 F2d 874 876 (CA3) 1976

---------------------------- CONCLUSION ----------------------------

Burden of Proof on FRCP 12(f). this honorable court should strike the defendants motion to dismiss because the defendant never served me a copy of docket entry no. 11. Civil Docket Entry between #'s 6 & 7 shows "UNEXECUTED" & at no-time has the courts clerk recorded me ever receiving a copy of the defendants motion to dismiss. Mr. Richburg never mailed me a copy of the motion to dismiss. The court should grant the redress(Civil Compensation) CASE that is being sought in this case because after (3) sep unsuccessful erate request he(Plaintiff) has been neglected,and has resulted in me unable to comply with the courts orders as of docket enrty 16.(2-1-2006.) Plaintiff,also request two more additional things to be considered COURT # 1. if this honorable court grants enlargement of time motion, judge issues a order to the clerk to immediate forward me a copy of defendants MOTION to dismiss # 2. allow this motion to be timely filed from date that was stamped by federal correctional prison mail room staff.Houston v. Lack,487 US 266. I declare that my postage was pre-paid under 28 U.S.C.A. § 1746

22nd,February 2006.

J. Edward Harris

Registar No. 02269-000

cc: filed                                     (2).