10th, February 2006.

Mr. Thomas Edward Harris
Federal Correctional Inst.
Federal Reg. No. 02269-000
U.S. Post Office Box- 1000
Cumberland, MD. 21501-1000

Re: Case No. 05-1443 [Harris v. Williams]
    Cause 42-1983/Prisoners' Civil Rights

Good-Morning Your Honor,

    I'm writing this letter with great "Disparagement" when it comes to the clerk's of the U.S. District Courts. My complaint evolves from their neglects under 18 USCS § 2076. I've written the U.S. District Court Clerk on five seperate occassions, informing them that 1st of all I was abruptly transfured from D.C. Jail and at the same time I was seperated from my inmate personal property. For 2½ months, (From Sept.05 to Later Nov. 05) I was trying to contact Visitors Service Center(See Letters Enclosed) Exhibits- (A),(B),(C),AND (D) are all very claer evidence[Esp. "C"] look on the rears of pages 1 & 2 they are stamped received on December 1st, 200!

    Your Honor, I don't know how to write or express to the clerk's of the court, that through this whole transfure ordeal and seperation from my inma that I was never served a summons(See Docket Entry under # 6) UNEXECUTED. As well as I have never received any motions, affidavits, or acknowledgement from the U.S. District Courts Clerk's office on the docket entry stating that they have ever mailed me a-copy of docket entry number 11. The clerk has never even recorded my change of address on the docket sheet. Your Honor, I FIND IT VERY VERY HARD TO RESPOND TO A MOTION I'VE NEVER HA I surely can't make my deadline of 3-1-06 if I'm kept from seeing what attorney Wendell Hall filed some time ago. Please have your chambers cler to mail me everything that is on record(in CV-05-1443)so I can respond as the courts have commanded. I realize the courts are back logged, but these exhibits reveal my request on more than three times for the defendants reasons for dismissal. I appreciate your time and indulgence upon this matter. Please write to confirm your acceptance or acknowledgement of thi letter. I thank you and look forward to responding back to the court ASAP Please be advised I don't have access to a computer!

                                              Cordially, *Thomas E Harris*

Thomas Edward Harris
    Plaintiff,

v.                                                 Civil Action No. 05-1443

D.C. Mayor Williams et,al.
    Defendants

---

Rule 35(A)2 When a Hearing or Rehearing En Banc May Be Ordered. This Proceeding involves a question of exceptional importance. Also under the title 5 USCS § 702 Right of Review

---

Now comes Thomas Edward Harris,by and through Pro-se,who respectfully request the Honorable Judge James,to immediately intervene upon my case,due to the fact my following rights are being violated :Frist, fourth,fifth,sixth,and fourteeth amendment rights. I've inclosed alot of exhibits which detail my situation. Your Honor,I've never received a copy of lead attorney Wendell Vincent Halls,motion to dismiss.

I can't read minds or predict the future,so I can't fight(Respond) to something I've never read. Second,F.C.I. Cumberland doesnot have computers for me to up/download cases,motions,or anything off the U.S. District Courts Web-site. On the mentioned times & dates I redeived Exhibits (1) & (2) both high-lighted in Blue. I don't understand the language(Docket Text)in Exhibit # 2. All I know is I've never had a chance to respond to the defendants reasons for dismissal.

On February 8th,2006. I had my Unit Case Manager Mr. Greaser,call your Honorable Judge Chambers,but the clerk referred us to Mr. Richburg (See Bottom of Exhibit # 1) Check-out exhibit # 3 this varified telephone conversation between my case manager & Mr. Richburg. Honorable Judge James Robertson please examine all the inclosed exhibits!

                                                        Respectfully,Submitted

                                                        *T. Edward Harris*

                                                        Registar No. 02269-000

Exhibit #(3)

BP-A148.070
SEP 98

**INMATE REQUEST TO STAFF MEMBER**

**U.S. DEPARTMENT OF JUSTICE**
**FEDERAL BUREAU OF PRISONS**

| TO: (Name and Title of Staff Member) | DATE: |
|---|---|
| Mr. Greaser/Case Manager | 8th, February 2006. |
| FROM: Thomas E. Harris | REGISTER NO.: 02269-000 |
| WORK ASSIGNMENT: EDUCATION DEPT. am/pm | UNIT: B-1   Cell 218 |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

Dear Sir,
    I'm writing this request in emergency concerns of making a immediate legal telephone call, to the Honorable Judge James Robertson (U.S. Dist. Ct.) Chambers. On Tuesday February 7th, 2006 @ 4 pm mail call I received the attached document. I need to talk to the Judges clerk about some legal documents [A Motion] that I've never received about the defendants "Rebuttal Evidence I work up at the law library from 7:30 am to 11:30 am-12:00 to 3:30-5:30 to 8:3 feel free to call me at your earliest convience.    Thank You
I donot have the telephone number!!              x/ J. Edward Harris

Reg. No. 02269-000

(Do not write below this line)

DISPOSITION:

TELEPHONE CALL PROVIDED TO DISTRICT COURT ON 2/8/2006. MR. RICHBURG WILL MAIL A COPY OF THE DEFENDANT'S MOTION TO YOU.

Signature Staff Member: [signature] CCM, B-1    Date: 2-8-06

Record Copy - File; Copy - Inmate

Replaces BP-148 of OCT 86



DCD_ECFNotice@dcd.uscourts.gov
02/09/2006 01:28 PM

To DCD_ECFNotice@dcd.uscourts.gov
cc
bcc
Subject Activity in Case 1:05-cv-01443-JR HARRIS v. WILLIAMS et al "Leave to File Denied"

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

U.S. District Court

District of Columbia

Notice of Electronic Filing

The following transaction was received from lc, entered on 2/9/2006 at 1:28 PM EDT and filed on 2/8/2006

**Case Name:** HARRIS v. WILLIAMS et al
**Case Number:** 1:05-cv-1443
**Filer:**
**WARNING: CASE CLOSED on 12/05/2005**
**Document Number:**

**Docket Text:**
Leave to File Denied of Plaintiff's Motion to Appeal Court's Order Granting Motion to Dismiss (Order vacated 2/1/2006). Document will be returned to filer. (lc, )

The following document(s) are associated with this transaction:

**1:05-cv-1443 Notice will be electronically mailed to:**

Wendel Vincent Hall    wendel.hall@dc.gov, kimberly.matthews@dc.gov

**1:05-cv-1443 Notice will be delivered by other means to:**

THOMAS EDWARD HARRIS
R02269-000
CUMBERLAND FEDERAL CORRECTIONAL INSTUTITION
P.O. Box 1000
Cumberland, MD 21501-1000



| | | |
|---|---|---|
| DCD_ECFNotice@dcd.uscourts.gov | To | DCD_ECFNotice@dcd.uscourts.gov |
| 02/01/2006 05:09 PM | cc | |
| | bcc | |
| | Subject | Activity in Case 1:05-cv-01443-JR HARRIS v. WILLIAMS et al "Order on Motion for Extension of Time to" |

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

## U.S. District Court

### District of Columbia

Notice of Electronic Filing

The following transaction was received from MT, entered on 2/1/2006 at 5:09 PM EDT and filed on 2/1/2006

**Case Name:** HARRIS v. WILLIAMS et al
**Case Number:** 1:05-cv-1443
**Filer:**
**WARNING: CASE CLOSED on 12/05/2005**
**Document Number:** 17

**Docket Text:**
ORDER that the dismissal order [15] is vacated and granting plaintiff's motion for extension of time [16]. Plaintiff is directed to file a response to defendants' motion to dismiss [11] within 30 days of this order. Signed by Judge James Robertson on February 1, 2006. (MT)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** O:\PRO-SE\05-1443Vacate.ord.pdf
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=2/1/2006] [FileNumber=1011185-0]
[97a16609944269f93c0ce45d19847ba8090081b02221c951f420bf91984735da3384c
6182fa6ba880f4ddf41e5d2f9b7d48f1096fa801d315ba654dfaa7bebd2]]

**1:05-cv-1443 Notice will be electronically mailed to:**

Wendel Vincent Hall   wendel.hall@dc.gov, kimberly.matthews@dc.gov

**1:05-cv-1443 Notice will be delivered by other means to:**

MR. RICHBURG                    JUDGE'S OFFICE
(202) 354-3182                  (202) 354-3460