UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **THOMAS EDWARD HARRIS,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-1443 (JR) |
| | ) |
| **ANTHONY WILLIAMS, et al.,** | ) |
| | ) |
| Defendants. | ) |

## ORDER

This matter comes before the Court plaintiff's motion for extension of time to file a response to defendants' motion. On September 29, 2005, defendants moved for dismissal of this action. On October 11, 2005, I ordered plaintiff to respond to the motion within 30 days. Because plaintiff is proceeding *pro se*, I advised plaintiff that failure to respond could result in dismissal of the action. *See Fox v. Strickland*, 837 F.2d 507, 509 (D.C. Cir. 1998). Plaintiff did not file a response, and I dismissed the action without prejudice on December 5, 2005.

Plaintiff filed a motion for extension of time on December 14, 2005. He claimed that he never received a copy of defendants' motion. I granted his extension of time and ordered plaintiff to respond to the motion to dismiss by March 1, 2006. Instead of filing a response, plaintiff moves again for an extension of time. He alleges once more that he did not receive court documents.

Given this history, I find that plaintiff's motion is without merit. Accordingly, it is

ORDERED that plaintiff's motion for extension of time to file response [Dkt. # 18] is DENIED.

JAMES ROBERTSON
United States District Judge